DINGELSTEDT et al. v. UNITED STATES.

REISINGER et al. v. SAME.

(Circuit Court, S. D. New York. December 9, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—ELECTRIC LIGHT CARBONS.
   Electric light carbons, of which lampblack is the chief component, were dutiable under section 3 of the act of 1894, at 20 per cent., as "articles manufactured in whole or in part, not provided for," and not as "articles composed of earthern or mineral substances," under paragraph 86, or preparations or products of coal tar, under paragraph 443.

These were appeals by Dingelstedt & Co., and by H. Reisinger & Co. from decisions of the board of general appraisers affirming decisions of the collector of the port of New York in regard to the classification for duty, under the act of August 28, 1894, of certain electric light carbons.

Everit Brown, for plaintiffs Dingelstedt & Co.
W. Wickham Smith, for plaintiffs H. Reisinger & Co.
Henry D. Sedgwick, Jr., Asst. U. S. Atty.

WHEELER, District Judge. These electric light carbons, of which lampblack is the chief component, do not seem to be "composed of earthen or mineral substances," within paragraph 86 of the tariff act of 1894; nor "preparations" or "products of coal tar," within paragraph 443. They rather seem to be "articles manufactured in whole or in part, not provided for," under section 3, dutiable at 20 per cent. Decision reversed.